UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Earl Lamont Vaughan**                    **Docket No. 2:20-CR-10-1FL**

**Petition for Action on Supervised Release**

COMES NOW Erica L. Miller, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Earl Lamont Vaughan, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Fentanyl, in violation of 21 U.S.C. §841(a)(1), 21 U.S.C. §841(b)(1)(C); and Possession of a Firearm by a Felon, in violation of 18 U.S.C. §922(g)(1), 18 U.S.C. §924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 13, 2022, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Earl Lamont Vaughan was released from custody on March 21, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant recently expressed interest in attending mental health treatment to process a recent death in the family. The defendant expressly asked the undersigned for assistance with obtaining mental health treatment. It is respectfully recommended that the court include the mental health treatment condition as outlined below. Vaughan signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dewayne L. Smith                      /s/ Erica L. Miller
Dewayne L. Smith                          Erica L. Miller
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Reade Circle
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2348
                                          Executed On: January 23, 2026

**Earl Lamont Vaughan**
**Docket No. 2:20-CR-10-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___2nd___ day of _____March_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge